## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**CURTIS RAY HOWARD**                                                    **PLAINTIFF**
**ADC #81086**

**VS.**                          **NO: 4:15CV00066 BRW**

**LITTLE ROCK POLICE DEPARTMENT** *et al.*                  **DEFENDANTS**


### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 6th day of April, 2015.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE